UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STEPHEN L. FARRAR**,

          Plaintiff,

    v.

**COLETTE S. PETERS, director of O.D.O.C.; S. SHELTON, M.D., O.D.O.C. medical director, G. GULICK, M.D., SRCI; ROBERT WHITE, RN, SRCI; J. WILSON, Health Services, SRCI; B. WILSON, Health Services, SRCI; A. HUGHES, RN, SRCI; CAPTAIN BELLMAN, O.S.P.; OFFICER HUMPHREYS, O.S.P.**,

          Defendants.

Case No. 6:15-cv-01935-KI

JUDGMENT

KING, Judge:

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

Page 1 - JUDGMENT

IT IS SO ORDERED.

DATED this    3rd    day of June, 2016.

                                                       /s/ Garr M. King
                                                       Garr M. King
                                                       United States District Judge